UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF NORMAN FISHER JR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF WENDI FISHER RE: CAL. CODE CIV. PROC. § 377.32** |

I, Wendi Fisher, do declare and say:

1. I submit the following declaration concerning S███ F███'s status as the successor-in-interest to Norman Fisher Jr., pursuant to section § 377.32 of the California Code of Civil Procedure. (This declaration is submitted on behalf of S███ F███ because she is a minor.)

2. Norman Fisher Jr. was born on ███ 1975, in the County of Cumberland.

3. No proceeding is now pending in California for administration of the estate of Norman Fisher Jr.

4. S███ F███ is the successor-in-interest to Norman Fisher Jr. (as defined in section 377.11 of the California Code of Civil Procedure) and succeeds to his interest in this action or proceeding. S███ F███ is the biological daughter of Norman Fisher Jr.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Norman Fisher Jr. in this pending action or proceeding.

6. A true and correct copy of the death certificate of Norman Fisher Jr. is attached.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct and that this declaration was executed on September 7, 2023, at Loves Park, Illinois.

*Wendi Fisher*
Wendi Fisher

# SACRAMENTO COUNTY
SACRAMENTO, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052023120822
LOCAL REGISTRATION NUMBER: 3202334005548

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | NORMAN |
| 2. MIDDLE | ROY |
| 3. LAST (Family) | FISHER, JR |
| 4. DATE OF BIRTH mm/dd/ccyy | 1975 |
| 6. AGE Yrs. | 47 |
| 8. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | NC |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | DIVORCED |
| 7. DATE OF DEATH mm/dd/ccyy | 05/27/2023 |
| 8. HOUR (24 Hours) | 0224 |
| 13. EDUCATION | GED |
| 14/15. WAS DECEDENT HISPANIC/LATINO | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | FACTORY WORKER |
| 18. KIND OF BUSINESS OR INDUSTRY | CARBON FIBER |
| 19. YEARS IN OCCUPATION | 1 |
| 20. DECEDENT'S RESIDENCE | 186 MUIR STREET, APT. 56 |
| 21. CITY | WOODLAND |
| 22. COUNTY/PROVINCE | YOLO |
| 23. ZIP CODE | 95695 |
| 24. YEARS IN COUNTY | 40 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | AIDEN GROB, SON |
| 31. NAME OF FATHER/PARENT—FIRST | NORMAN |
| 32. MIDDLE | ROY |
| 33. LAST | FISHER |
| 34. BIRTH STATE | PA |
| 35. NAME OF MOTHER/PARENT—FIRST | CATHERINE |
| 36. MIDDLE | GAIL |
| 37. LAST (BIRTH NAME) | DALLAS |
| 38. BIRTH STATE | PA |
| 39. DISPOSITION DATE mm/dd/ccyy | 06/02/2023 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF AIDEN GROB |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | ALL FAITH CREMATION |
| 45. LICENSE NUMBER | FD1535 |
| 46. SIGNATURE OF LOCAL REGISTRAR | OLIVIA KASIRYE MD |
| 47. DATE mm/dd/ccyy | 06/02/2023 |
| 101. PLACE OF DEATH | SUTTER MEDICAL CENTER SACRAMENTO |
| 102. IF HOSPITAL, SPECIFY ONE | IP |
| 104. COUNTY | SACRAMENTO |
| 105. FACILITY ADDRESS OR LOCATION | 2825 CAPITOL AVENUE |
| 106. CITY | SACRAMENTO |

**107. CAUSE OF DEATH**

| | | Time Interval |
|---|---|---|
| IMMEDIATE CAUSE (A) | SEPTIC SHOCK | DYS |
| (B) | KLEBSIELLA BACTEREMIA | DYS |
| (C) | PNEUMONIA | DYS |
| (D) | NON-TRAUMATIC ACUTE KIDNEY FAILURE | DYS |

108. DEATH REPORTED TO CORONER? NO
109. BIOPSY PERFORMED? NO
110. AUTOPSY PERFORMED? NO
111. USED IN DETERMINING CAUSE? (blank)

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: NONE

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112: NO

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED
Decedent Attended Since: 05/23/2023
Decedent Last Seen Alive: 05/27/2023
115. SIGNATURE AND TITLE OF CERTIFIER: NATHANIEL A GORDON, MD
116. LICENSE NUMBER: A118793
117. DATE: 06/02/2023
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: NATHANIEL A GORDON, MD, 2825 CAPITOL AVENUE, SACRAMENTO, CA 95816

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Sacramento County Clerk/Recorder.



* 0 0 2 1 5 5 5 2 4 *

DATE ISSUED: SEP 14 2023



DONNA ALLRED, COUNTY CLERK/RECORDER
SACRAMENTO COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk/Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE